# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JASON ANTHONY ORGERON

NO. 2021 KW 0049

MARCH 2, 2021

---

In Re:    Jason Anthony Orgeron, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 571157.

---

**BEFORE:    GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT DENIED AS MOOT.** The record of the Clerk of Court of Lafourche Parish reflects the district court granted relator's "Motion for Out-of-Time Appeal and Appointment of Louisiana Appelant [sic] Project" on January 25, 2021.

**JMG**
**PMc**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_DEPUTY CLERK OF COURT_
FOR THE COURT